# EXHIBIT A

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
**(AVISO AL DEMANDADO):**

see attachment

11/15/2024 8:27:37 AM

Clerk of the Superior Court
By A. Gidron          ,Deputy Clerk

**YOU ARE BEING SUED BY PLAINTIFF:**
**(LO ESTÁ DEMANDANDO EL DEMANDANTE):**

TAMARA TORRES, an individual;

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*

San Diego Superior Court - Central; 330 W Broadway, San Diego, CA 92101

**CASE NUMBER:**
*(Número del Caso):*  24CL023075C

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*

James Joseph, JUREWITZ LAW GROUP, 600 B Street, Ste 1450, San Diego, CA 92101

DATE: November 18, 2024
*(Fecha)*                     Clerk, by
                              *(Secretario)* _____ , Deputy
                                                  A. Gidron              *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served

1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☒ on behalf of *(specify):* NEW WERNER CO., a Delaware corporation

   under: ☒ CCP 416.10 (corporation)        ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)  ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)

          ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

Print This Form        Clear This Form

SUM-200(A)

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Tamara Torres v. WernerCo, et. al. | |

## INSTRUCTIONS FOR USE

→ This form may be used as an attachment to any summons if space does not permit the listing of all parties on the summons.

→ If this attachment is used, insert the following statement in the plaintiff or defendant box on the summons: "Additional Parties Attachment form is attached."

List additional parties *(Check only one box. Use a separate page for each type of party.)*:

☐ Plaintiff    ☐ Defendant    ☐ Cross-Complainant    ☐ Cross-Defendant

WERNER CO., a Delaware corporation; NEW WERNER CO., a Delaware corporation; PRODRIVEN GLOBAL BRANDS, a Illinois corporation; and DOES 1 through 100, inclusive

Page _____ of _____

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-200(A) [Rev. January 1, 2007]

**ADDITIONAL PARTIES ATTACHMENT**
**Attachment to Summons**

Save This Form    Print This Form    Clear This Form

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*
James Joseph SBN 309883
JUREWITZ LAW GROUP, 600 B Street, Ste 1450, San Diego, CA 92101

TELEPHONE NO.: 619-233-5020         FAX NO. :
EMAIL ADDRESS:  james@jurewitz.com
ATTORNEY FOR *(Name):*  Plaintiff Tamara Torres

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  SAN DIEGO
 STREET ADDRESS: 330 W Broadway
 MAILING ADDRESS: 330 W Broadway
CITY AND ZIP CODE: San Diego, CA 92101
 BRANCH NAME: Central

CASE NAME:
 Torres v. Werner Co., et al

**FOR COURT USE ONLY**

ELECTRONICALLY FILED
Superior Court of California,
County of San Diego

11/15/2024 8:27:37 AM

Clerk of the Superior Court
By A. Gidron        ,Deputy Clerk

| **CIVIL CASE COVER SHEET** | **Complex Case Designation** | CASE NUMBER: |
|---|---|---|
| [x] **Unlimited**    [ ] **Limited** <br>(Amount demanded exceeds $35,000)   (Amount demanded is $35,000 or less) | [ ] Counter    [ ] Joinder <br> Filed with first appearance by defendant <br>(Cal. Rules of Court, rule 3.402) | 24CL023075C |
| | | JUDGE: <br> DEPT.: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

**Auto Tort**
[ ] Auto (22)
[ ] Uninsured motorist (46)
**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
[ ] Asbestos (04)
[x] Product liability (24)
[ ] Medical malpractice (45)
[ ] Other PI/PD/WD (23)
**Non-PI/PD/WD (Other) Tort**
[ ] Business tort/unfair business practice (07)
[ ] Civil rights (08)
[ ] Defamation (13)
[ ] Fraud (16)
[ ] Intellectual property (19)
[ ] Professional negligence (25)
[ ] Other non-PI/PD/WD tort (35)
**Employment**
[ ] Wrongful termination (36)
[ ] Other employment (15)

**Contract**
[ ] Breach of contract/warranty (06)
[ ] Rule 3.740 collections (09)
[ ] Other collections (09)
[ ] Insurance coverage (18)
[ ] Other contract (37)
**Real Property**
[ ] Eminent domain/Inverse condemnation (14)
[ ] Wrongful eviction (33)
[ ] Other real property (26)
**Unlawful Detainer**
[ ] Commercial (31)
[ ] Residential (32)
[ ] Drugs (38)
**Judicial Review**
[ ] Asset forfeiture (05)
[ ] Petition re: arbitration award (11)
[ ] Writ of mandate (02)
[ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
[ ] Antitrust/Trade regulation (03)
[ ] Construction defect (10)
[ ] Mass tort (40)
[ ] Securities litigation (28)
[ ] Environmental/Toxic tort (30)
[ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)
**Enforcement of Judgment**
[ ] Enforcement of judgment (20)
**Miscellaneous Civil Complaint**
[ ] RICO (27)
[ ] Other complaint *(not specified above)* (42)
**Miscellaneous Civil Petition**
[ ] Partnership and corporate governance (21)
[ ] Other petition *(not specified above)* (43)

2. This case [ ] is  [x] is not  complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
 a. [ ] Large number of separately represented parties
 b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
 c. [ ] Substantial amount of documentary evidence
 d. [ ] Large number of witnesses
 e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
 f. [ ] Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply):* a. [x] monetary  b. [ ] nonmonetary; declaratory or injunctive relief  c. [ ] punitive
4. Number of causes of action *(specify):* 1
5. This case [ ] is  [x] is not  a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*
Date: 11-15-2024

James Joseph, Esq.
_____
(TYPE OR PRINT NAME)

▶ /s/ James Joseph
_____
(SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. January 1, 2024]

**CIVIL CASE COVER SHEET**

Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10
*www.courts.ca.gov*

## INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

**CM-010**

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the Civil Case Cover Sheet contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check **one** box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the Civil Case Cover Sheet to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

### CASE TYPES AND EXAMPLES

**Auto Tort**
Auto (22)–Personal Injury/Property Damage/Wrongful Death
Uninsured Motorist (46) *(if the case involves an uninsured motorist claim subject to arbitration, check this item instead of Auto)*

**Other PI/PD/WD (Personal Injury/ Property Damage/Wrongful Death) Tort**
Asbestos (04)
Asbestos Property Damage
Asbestos Personal Injury/ Wrongful Death
Product Liability *(not asbestos or toxic/environmental)* (24)
Medical Malpractice (45)
Medical Malpractice– Physicians & Surgeons
Other Professional Health Care Malpractice
Other PI/PD/WD (23)
Premises Liability (e.g., slip and fall)
Intentional Bodily Injury/PD/WD (e.g., assault, vandalism)
Intentional Infliction of Emotional Distress
Negligent Infliction of Emotional Distress
Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business Practice (07)
Civil Rights (e.g., discrimination, false arrest) *(not civil harassment)* (08)
Defamation (e.g., slander, libel) (13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
Legal Malpractice
Other Professional Malpractice *(not medical or legal)*
Other Non-PI/PD/WD Tort (35)

**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
Breach of Rental/Lease Contract *(not unlawful detainer or wrongful eviction)*
Contract/Warranty Breach–Seller Plaintiff *(not fraud or negligence)*
Negligent Breach of Contract/ Warranty
Other Breach of Contract/Warranty
Collections (e.g., money owed, open book accounts) (09)
Collection Case–Seller Plaintiff
Other Promissory Note/Collections Case
Insurance Coverage *(not provisionally complex)* (18)
Auto Subrogation
Other Coverage
Other Contract (37)
Contractual Fraud
Other Contract Dispute

**Real Property**
Eminent Domain/Inverse Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
Writ of Possession of Real Property
Mortgage Foreclosure
Quiet Title
Other Real Property *(not eminent domain, landlord/tenant, or foreclosure)*

**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) *(if the case involves illegal drugs, check this item; otherwise, report as Commercial or Residential)*

**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
Writ–Administrative Mandamus
Writ–Mandamus on Limited Court Case Matter
Writ–Other Limited Court Case Review
Other Judicial Review (39)
Review of Health Officer Order
Notice of Appeal–Labor Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal. Rules of Court Rules 3.400–3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims *(arising from provisionally complex case type listed above)* (41)

**Enforcement of Judgment**
Enforcement of Judgment (20)
Abstract of Judgment (Out of County)
Confession of Judgment *(non-domestic relations)*
Sister State Judgment
Administrative Agency Award *(not unpaid taxes)*
Petition/Certification of Entry of Judgment on Unpaid Taxes
Other Enforcement of Judgment Case

**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint *(not specified above)* (42)
Declaratory Relief Only
Injunctive Relief Only *(non-harassment)*
Mechanics Lien
Other Commercial Complaint Case *(non-tort/non-complex)*
Other Civil Complaint *(non-tort/non-complex)*

**Miscellaneous Civil Petition**
Partnership and Corporate Governance (21)
Other Petition *(not specified above)* (43)
Civil Harassment
Workplace Violence
Elder/Dependent Adult Abuse
Election Contest
Petition for Name Change
Petition for Relief From Late Claim
Other Civil Petition

---

CM-010 [Rev. January 1, 2024]

**CIVIL CASE COVER SHEET**

Page 2 of 2

For your protection and privacy, please press the Clear This Form button after you have printed the form.

| Print this form | | Save this form |

| Clear this form |

James Joseph (SBN 309883)
JUREWITZ LAW GROUP
600 B Street, Suite 1450
San Diego, CA 92101
Tel: (619) 233-5020
Fax: (888) 233-3180
Email: james@jurewitz.com

Attorneys for Plaintiff,
TAMARA TORRES

ELECTRONICALLY FILED
Superior Court of California,
County of San Diego
11/15/2024 8:27:37 AM

Clerk of the Superior Court
By A. Gidron        ,Deputy Clerk

## SUPERIOR COURT OF CALIFORNIA

## COUNTY OF SAN DIEGO - CENTRAL DIVISION

| | |
|---|---|
| TAMARA TORRES, an individual; | Case No.:    24CL023075C |
| Plaintiff, | **COMPLAINT** |
| vs. | |
| WERNER CO., a Delaware corporation; NEW WERNER CO., a Delaware corporation; PRODRIVEN GLOBAL BRANDS, a Illinois corporation; and DOES 1 through 100, inclusive; | |
| Defendants | |

Plaintiff TAMARA TORRES, an individual, respectfully alleges as follows:

### PARTIES

1.      Plaintiff TAMARA TORRES ("Plaintiff") is and, at all times mentioned herein, was a resident of the County of San Diego.

2.      Defendant WERNER CO. ("Werner") is and, at all times mentioned herein, is a Delaware corporation that does a substantial amount of business in the State of California.

3.      Defendant NEW WERNER CO. ("New-Werner") is and, at all times mentioned herein, is a Delaware corporation that does a substantial amount of business in the State of California.

4.      Defendant PRODRIVEN GLOBAL BRANDS ("ProDriven") is and, at all times mentioned herein, is a Illinois corporation that does a substantial amount of business in the State of California.

5.      Plaintiff is ignorant of the true names and capacities of defendants sued herein as DOES 1 through 100 and therefore, sues these defendants by such fictitious names.  Plaintiff will amend this Complaint to insert their true names and capacities when ascertained. Plaintiff is informed and believes and therefore alleges that each of these fictitiously named defendants is legally responsible for the events and happenings referred to herein, and legally hereinafter alleged were proximately caused by the acts of such defendants, and each of them.

6.      Werner, New-Werner, ProDriven and DOES 1 through 100 will be referred to collectively as the "Defendants."

7.      Plaintiff is informed and believes and, on that basis, alleges that at all times mentioned herein, each of the defendants was the agent and employee of the remaining defendants, and was acting within the scope and purpose of such agency and employment in doing the acts herein alleged.

### JURISDICTION AND VENUE

8.      This litigation arises out of or is connected with the Defendant's activities within the State of California.

9.      The incident complained of occurred within the County of San Diego.

### GENERAL ALLEGATIONS

10.     On the evening of November 20, 2022 Plaintiff used a ladder manufactured, designed, and sold by Defendants to take down Christmas decorations from the garage. Her sister was also in the garage, preparing decorations for the holidays.

11.     The ladder Plaintiff used was the Werner 4 ft. Aluminum Step Ladder with 225 lb. Load Capacity Type II Duty Rating.  The model number was 354.

12.     As early as 2015, there have been multiple complaints about the 354-model ladder. Publicly available reviews report that:

   a.   the ladder leg has suddenly and without warning "[crumpled] like a soda can"

   b.   the leg has suddenly "buckled" while it was being used.

COMPLAINT - 2

    c.  the ladder couldn't stand the mention weight and "bent."

    d.  the ladder is "flimsy and unsafe."

    e.  the ladder's bottom side suddenly "got bent."

    f.  the ladder "just twisted" when it was used by a 160 woman.

    g.  one of the straps that spans the metal hinge of the ladder suddenly broke and caused the used to fall

13. At the time of the incident, Plaintiff was unaware of the reports regarding the ladder. Rather, using her layperson experience, she believed the ladder was appropriately designed and manufactured. There were no apparent defects, cuts, or bends in the ladder before she climbed the ladder.

14. On November 20, 2022, Plaintiff used the steps of the ladder to climb up to a high shelf. She weighed approximately 150 pounds, well below the recommended amount for the model 354.

15. Suddenly, the ladder leg buckled and twisted while she was on the third step of the ladder.

16. The buckled and twisted ladder caused Plaintiff to fall backwards while she was climbing to the high shelf. Plaintiff's body came crashing down to the hard floor of the garage.

17. Plaintiff sustained serious injuries from the fall.

18. After examining and taking photographs of the ladder, Plaintiff learned that the ladder was defective as the bottom portion of the left leg buckled and torn from her weight.

## FIRST CAUSE OF ACTION

### Products Liability

### (Against all Defendants)

19. Plaintiff incorporates the allegations set forth above as though set forth fully herein.

20. Defendants were responsible for the manufacturing, design, and warnings related to the ladder model 354.

21. Plaintiff is informed and believes that the ladder contained a manufacturing defect. This manufacturing defect was present when the ladder left Defendants' possession.

22.    Plaintiff is informed and believes that the ladder was defectively designed. Despite Plaintiff's proper use of the ladder, the ladder did not perform safely and unexpected buckled when Plaintiff climbed upon it. Plaintiff is informed and believes that a safer and cost-comparable design would have prevented this problem and prevented her injuries.

23.    Plaintiff is informed and believes that the ladder did not include sufficient instructions and warnings of potential safety hazards. Plaintiff would not be aware of the potential structural issues with the ladder. Given the history of multiple complaints of the ladder suddenly collapsing, Defendants were aware of the issue and should have provided additional warnings and instructions to avoid these safety concerns. Instead, Defendants provided no warning that the ladders had this structural flaw.

24.    As a result of Defendants' conduct, Plaintiff sustained economic and non-economic damages.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment as follows:

1.    For present and future general damages according to proof;

2.    For present and future special damages according to proof;

3.    For present and future lost wages according to proof;

4.    For costs of suit herein incurred;

5.    For pre-judgment interest as permitted by law; and

6.    For such other and further relief as the court may deem proper.

Dated: November 15, 2024                    JUREWITZ LAW GROUP

                                            JAMES JOSEPH
                                            Attorney for Plaintiff

COMPLAINT - 4